BETTIE SUE IVY BOLLING BED-DINGFIELD, Individually and as Next Friend of Dallas Samuel Bolling Beddingfield, a minor, Petitioner–Appellant,

v.

SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent–Appellee.

No. 01–5006.

United States Court of Appeals, Federal Circuit.

Jan. 9, 2001.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

EISENMANN CORPORATION, Plaintiff–Appellant,

v.

REGENERATIVE ENVIRONMENTAL EQUIPMENT CO., INC., Elam Company, Inc., and Durr Environmental, Inc., Defendants–Appellees.

No. 00–1249.

United States Court of Appeals, Federal Circuit.

Jan. 9, 2001.

Steven C. Kohl, Raymond E. Scott, Howard & Howard Attorneys, P.C., Bloomfield Hills, MI, for Defendants–Appellees.

ORDER OF DISMISSAL

The parties, through their counsel of record, having moved to dismiss the above-identified appeal with prejudice, hereby orders that the appeal be dismissed with prejudice.

IT IS SO ORDERED.